## SUMMIT TECHNOLOGY, INC., Plaintiff–Appellant,

### v.

## NIDEK CO., LTD., Nidek, Inc., and Nidek Technologies, Inc., Defendants–Cross Appellants.

### Nos. 03–1214, 03–1226.

United States Court of Appeals, Federal Circuit.

Feb. 13, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).